UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABY Z1, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No.  3:19-cv-01915-JD<br><br>**ORDER TO SHOW CAUSE** |

The Court set January 11, 2020, as the deadline for plaintiffs to file a first amended complaint.  Dkt. No. 36.  The original complaint was dismissed at plaintiffs' request on September 11, 2019.  Dkt. No. 33.  The original amended complaint deadline was set for October 11, 2019, but at the parties' joint request, was extended to January 11, 2020.  Dkt. No. 36.  There have been no further requests for an extension of the amended complaint deadline.

Defendants filed a motion to dismiss this case under Federal Rule of Civil Procedure 41(b) for failure to follow the Court's order and failure to prosecute on July 13, 2020.  Dkt. No. 38.  Defense counsel represents that plaintiffs' attorney communicated about the filing of an amended complaint only after the expiration of the January 11, 2020 deadline, and has not addressed the issue since February 12, 2020.  Dkt. No. 38-1 at 3-4.

Plaintiffs are ordered to show cause in writing by **July 24, 2020**, why the case should not be dismissed for failure to follow the Court's order and failure to prosecute.

**IT IS SO ORDERED.**

Dated:  July 15, 2020

_____
JAMES DONATO
United States District Judge